UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

KOOKYANG SHIPPING CO. LTD.,

            Plaintiff,

  -against-

STUBBS SHIPPING (BVI) LTD.,

           Defendant.

-------------------------------------------------------------x

07 Civ. 6006 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

      On June 26, 2007, this Court entered an Order directing the Clerk of the Court to issue a Process of Maritime Attachment and Garnishment on various financial institutions in the amount of $1,298,061 pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure. As of July 1, 2008, no funds have been seized. Since there appears to be little likelihood that any actual property of the defendant is or will be found in the district, there is no further rationale for maintaining the case on the Court's docket. Accordingly, it is hereby ORDERED that the Court's June 26, 2007, Order of attachment will be vacated and the complaint dismissed if plaintiff does not show good cause by July 21, 2008, why the attachment should be maintained.

SO ORDERED:

Dated: New York, New York
       July 1, 2008

                                                      _____
                                                      GERARD E. LYNCH
                                                      United States District Judge