UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

KOOKYANG SHIPPING CO. LTD.,

                Plaintiff,

    -against-

STUBBS SHIPPING (BVI) LTD.,

                Defendant.
------------------------------------------------------------x

07 Civ. 6006 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

       On June 26, 2007, this Court entered an Order directing the Clerk of the Court to issue a Process of Maritime Attachment and Garnishment on various financial institutions in the amount of $1,298,061 pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure. On July 1, 2008, the Court issued an Order advising plaintiff that the Court's June 26, 2007, Order of attachment would be vacated and the complaint dismissed if plaintiff does not show good cause by July 21, 2008, why the attachment should be maintained.

       To date, no funds have been seized and plaintiff has not shown good cause as to why the attachment should be maintained. Accordingly, it is hereby ORDERED that the Court's June 26, 2007, Order of attachment is vacated. The Clerk of Court is respectfully directed to close the case.

SO ORDERED:

Dated: New York, New York
       August 1, 2008

                                              GERARD E. LYNCH
                                           United States District Judge